**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01924-LTB-MEH

DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK,
FRANKFURT AM MAIN, NEW YORK BRANCH,

      Plaintiff,

v.

MILESTONE INSURANCE GROUP, LLC,
JOHN HINTZMAN, individually, and
JEFFREY KREBS, individually,

      Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulation to Dismiss (Doc 23 - filed March 23, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   March 26, 2012